**THIS DOCUMENT HAS BEEN FILED ELECTRONICALLY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STEPHANIE BEYL,

              Plaintiff,

-against-

PAUL A. DRUMMOND, WERNER ENTERPRISES,
INC., JESSICA K. BOISVERT and JAMES P.
BOISVERT

              Defendants.
-----------------------------------------------------------------X

CIVIL ACTION NO. 07CV5587

**ANSWER – CODEFENDANT'S CROSS-CLAIM**

      Defendants, JESSICA K. BOISVERT and JAMES P. BOISVERT, by their attorney, Steven T. Roe, Esq. respectfully submit the following, upon information and belief, as and for an answer to the cross-claim of the co-defendants:

      1.    Denies each and every allegation contained in paragraph numbered as 48 of the codefendants' cross-claim.

      2.    Denies each and every allegation contained in paragraph numbered as 49 of the codefendants' cross-claim.

      3.    Denies each and every allegation contained in paragraph numbered as 50 of the codefendants' cross-claim.

      4.    Denies each and every allegation contained in paragraph numbered as 51 of the codefendants' cross-claim.

      **WHEREFORE**, defendants JESSICA K. BOISVERT and JAMES P. BOISVERT demands judgment dismissing the cross-claim of the defendants PAUL A. DRUMMOND and WERNER ENTERPRISES in its entirety, together with the costs and

disbursements of this action in addition to the relief requested in the Answer served to plaintiff's complaint, together with the costs and disbursements of this action.

DATED: September 7, 2007
         Goshen, New York

                                                   s/
                                               _____
                                       Steven T. Roe, Esq. - SR7748
                                       Attorney for defendants
                                       Jessica K. Boisvert and James P. Boisvert
                                       HC1Box 1A84
                                       398 Heritage Lane
                                       Lackawaxen, PA 18435  \*\*\*
                                       (570) 685-7874

\*\*\* N.Y. Office
One Railroad Avenue
Goshen, New York 10924

TO:
Neil H. Greenberg and Associates, P.C.
Attorneys for the plaintiff
900 Merchants Concourse
Suite 214
Westbury, New York 11590

Lester, Schwab, Katz & Dwyer, LLP
Attorneys for defendants PAUL A. DRUMMOND and WERNER ENTERPRISES
120 Broadway
New York, New York 10271

Index No. 07 CV 5587

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHANIE BEYL,

                              Plaintiff,

    -against-

PAUL A. DRUMMOND, WERNER ENTERPRISES, INC., JESSICA K. BOISVERT and JAMES P. BOISVERT,

                              Defendants.

---

ANSWER – CROSSCLAIM OF
CODEF.S PAUL A. DRUMMON & WERNER ENTERPRISES, INC

---

STEVEN T. ROE, ESQ.
HC1 Box1A84
398 HERITAGE LANE
LACKAWAXEN, PA 18435
(570) 685-7874

NEW YORK OFFICE
One Railroad Avenue
Goshen, New York 10924

---