

900 MERCHANTS CONCOURSE, SUITE 214, WESTBURY, NEW YORK 11590

NEIL H. GREENBERG
JUSTIN M. REILLY*

ROSA GUARINO-PARALEGAL

*ADMITTED IN N.Y. & C.T.

September 12, 2007

VIA: Electronic filing

United States Magistrate Judge
George A. Yanthis
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE: Beyl v. Drummond et al.
07 CV 5587 (KMK) (GAY)

Honorable Sir:

Please allow this to confirm that at the telephone conference in the above matter held this morning, the Court directed that all disclosure be completed by March 12, 2008, that all expert reports be disclosed by May 13, 2008, and that a telephone conference be held on April 29, 2007 at 9:00 a.m.

The plaintiff's counsel will initiate the telephone conference call.

Thank you for your time and attention to this matter.

Yours truly,

Justin M. Reilly

cc:   Sandro Battaglia by facsimile transmission
      Steven T. Roe by facsimile transmission

PHONE: 516.228.5100          FAX: 516.228.5106          WWW.NHGLAW.COM