LSK&D #: 901-7005 / 901024
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
STEPHANIE BEYL,

                                Plaintiff,

    -against-

PAUL A. DRUMMOND, WERNER
ENTERPRISES, INC., JESSICA K. BOISVERT
and JAMES P. BOISVERT,

                                Defendants.
-------------------------------------------------------------x

Docket No.: 07 CV 5587

**CIVIL ACTION**

**RULE 7.1 STATEMENT**

S I R S :

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrates of the Court to evaluate possible disqualification and recusal, the undersigned attorneys of record for defendants, PAUL A. DRUMMOND and WERNER ENTERPRISES, INC., certify that, upon information and belief, the following corporations are involved in this matter:

                              **WERNER ENTERPRISES, INC.**

Dated:    New York, New York
             July 20, 2007

                            Respectfully submitted,

                            LESTER SCHWAB KATZ & DWYER, LLP

                            _____
                            Robert N. Dunn (RND-9193)
                            Attorneys for Defendants
                            PAUL A. DRUMMOND and WERNER
                            ENTERPRISES, INC.
                            120 Broadway
                            New York, New York 10271
                            (212) 964-6611

TO:

Neil H. Greenberg, Esq. (NG 1307)
The Law Office of
Neil H. Greenberg and Associates, P.C.
900 Merchants Concourse
Westbury, New York 11590
Attorneys for Plaintiff

Declaration of Service

I served the annexed 7.1 STATEMENT AND ANSWER by first-class mail on the following persons on July 23, 2007:

> Neil H. Greenberg, Esq. (NG 1307)
> The Law Office of
> Neil H. Greenberg and Associates, P.C.
> 900 Merchants Concourse
> Westbury, New York 11590
> Attorneys for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 23, 2007.

*[signature]*
CINDY M. BENENATI