LSK&D #: 901-7005 / 920013
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
STEPHANIE BEYL,

                                Plaintiff,

-against-

PAUL A. DRUMMOND, WERNER
ENTERPRISES, INC., JESSICA K. BOISVERT
and JAMES P. BOISVERT,

                                Defendants.
-------------------------------------------------------------x

Docket No.: 07 CV 5587

**CIVIL ACTION**

**ANSWER TO CROSS-CLAIM**

Defendants, PAUL A. DRUMMOND and WERNER ENTERPRISES, INC. by their attorneys, LESTER SCHWAB KATZ & DWYER, LLP, by way of their Answer to the Cross-Claims asserted in defendants, JESSICA K. BOISVERT and JAMES P. BOISVERT's, Verified Answer, respectfully state as follows:

### ANSWERING THE CROSS-CLAIM AGAINST DEFENDANTS, PAUL A. DRUMMOND AND WERNER ENTERPRISES, INC.

1. Deny each and every allegation contained in paragraph "21" of the Cross-Claim.

**WHEREFORE**, these answering defendants demand judgment dismissing the Cross-Claim of co-defendants, together with attorneys fees, costs and disbursements of this action.

Dated:    New York, New York
          September 13, 2007

                    Respectfully submitted,

                    LESTER SCHWAB KATZ & DWYER, LLP

                    _____
                    Robert N. Dunn (RND-9193)
                    Attorneys for Defendants
                    PAUL A. DRUMMOND and WERNER
                    ENTERPRISES, INC.
                    120 Broadway
                    New York, New York 10271
                    (212) 964-6611

TO:

Neil H. Greenberg, Esq. (NG 1307)
The Law Office of
Neil H. Greenberg and Associates, P.C.
900 Merchants Concourse
Westbury, New York 11590
516-228-5100
Attorneys for Plaintiff

Steven T. Roe, Esq. (SR7748)
HC1 Box 1A84
398 Heritage Lane
Lackawaxen, PA 18435
(570) 685-7874
Attorney for Defendants
Jessica K. Boisvert and
James P. Boisvert

## Declaration of Service

I served the annexed ANSWER TO CROSS-CLAIM by first-class mail on the following persons on September 14, 2007:

>Neil H. Greenberg, Esq. (NG 1307)
>The Law Office of
>Neil H. Greenberg and Associates, P.C.
>900 Merchants Concourse
>Westbury, New York 11590
>516-228-5100
>Attorneys for Plaintiff
>
>Steven T. Roe, Esq. (SR7748)
>HC1 Box 1A84
>398 Heritage Lane
>Lackawaxen, PA  18435
>(570) 685-7874
>Attoreny for Defendants
>Jessica K. Boisvert and
>James P. Boisvert

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 14, 2007.

_____
MARY E. MAGEE