LSK&D #: 901-7005 / 963100
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
STEPHANIE BEYL,

                      Plaintiff,

-against-

PAUL A. DRUMMOND, WERNER
ENTERPRISES, INC., JESSICA K. BOISVERT
and JAMES P. BOISVERT,

                      Defendants.
-----------------------------------------------------------------x

Docket No.: 07 CV 5587

CIVIL ACTION

INITIAL DISCLOSURE
PURSUANT TO FRCP
26(a)(1)

Defendant(s), PAUL A. DRUMMOND and WERNER ENTERPRISES, INC., by and through his attorneys, LESTER SCHWAB KATZ & DWYER, LLP, in accordance with the Initial Disclosure Rules of the Court, state the following:

a)     Answering defendants are aware of the following witnesses to the incident in addition to the parties herein:

    Kristen Iko, 100 Hillside Drive, Apt B12, Middletown, New York 10941, and Paul Drummond, 16 Thompson St., Poughkeepsie, New York 12601.

    Answering defendant reserves the right to supplement this response throughout the discovery process, up to and including the time of trial.

b)     Annexed collectively hereto as Exhibit "A" is copy of the police accident report and trade and bus supplemental police accident report.

    Annexed collectively hereto as Exhibit "B" is a copy of the accident report completed during the course of business.

    Answering defendant reserves the right to supplement this response throughout the discovery process, up to and including the time of trial.

c) Not applicable to answering defendants.

d) Answering defendants were self-insured for up to and including one million ($1,000,000.00) dollars at the time of the alleged incident.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to CPLR §3101(h), the defendant PAUL A. DRUMMOND and WERNER ENTERPRISES, INC. reserves the right to supplement and/or amend its response to this demand should further information become available up to and including the time of trial herein.

Dated: New York, New York
February 11, 2008

Respectfully submitted,

LESTER SCHWAB KATZ & DWYER, LLP

_____
Robert N. Dunn (RND-9193)
Attorneys for Defendants
PAUL A. DRUMMOND and WERNER ENTERPRISES, INC.
120 Broadway
New York, New York 10271
(212) 964-6611

TO:
Neil H. Greenberg, Esq. (NG 1307)
The Law Office of
Neil H. Greenberg and Associates, P.C.
900 Merchants Concourse
Westbury, New York 11590
516-228-5100
Attorneys for Plaintiff

Steven T. Roe, Esq. (SR7748)
HC1 Box 1A84
398 Heritage Lane
Lackawaxen, PA 18435
(570) 685-7874
Attorney for Defendants
Jessica K. Boisvert and
James P. Boisvert

# EXHIBIT "A"

# New York State Department of Motor Vehicles
## POLICE ACCIDENT REPORT
MV-104A (7/01) — DMV COPY

Page 1 of 1 Pages
Local Codes: MH09-2072
S/EAST FISHKILL
☐ AMENDED REPORT

bexl

**1. Accident Info**
- Accident Date: Month 09 Day 29 Year 2004
- Day of Week: WE
- Military Time: 1140
- No. of Vehicles: 2
- No. Injured: 2
- No. Killed: 0
- Not Investigated at Scene: ☐
- Left Scene: ☐
- Police Photos: ☐ Yes ☒ No
- Accident Reconstructed: ☐

☒ VEHICLE 2  ☐ BICYCLIST  ☐ PEDESTRIAN  ☐ OTHER PEDESTRIAN

**VEHICLE 1**
- Driver License ID Number: S64195305 — State of Lic.: MA
- Driver Name: BOISVERT JESSICA K
- Address: 20 WINSLOW DR — Apt. No.: —
- City: MASHPEE — State: MA — Zip: 02649
- DOB: Month 11 Day 21 Year 77 — Sex: F — Unlicensed: ☐
- No. of Occupants: 2 — Public Property Damaged: ☐
- Name as printed on registration: BOISVERT JAMES P
- Address: BX4339 — Apt. No.: —
- City: VINEYARD HAVEN — State: MA — Zip: 02568
- Plate Number: 899ZDI — State of Reg: MA — Vehicle Year & Make: 94 FORD — Vehicle Type: 4DS
- Ticket/Arrest Number: —
- Violation Section(s): —

**VEHICLE 2**
- Driver License ID Number: 946296984 — State of Lic.: NY
- Driver Name: DRUMMOND PAUL A
- Address: 16 THOMPSON ST — Apt. No.: 2
- City: POUGHKEEPSIE — State: NY — Zip: 12601
- DOB: Month 01 Day 04 Year 72 — Sex: M — Unlicensed: ☐
- No. of Occupants: 1 — Public Property Damaged: ☐
- Name as printed on registration: WERNER ENTERPRISES INC
- Address: 14507 FRONTIER RD
- City: OMAHA — State: NE — Zip: 68138
- Plate Number: 53725 — State of Reg: NE — Vehicle Year & Make: 02 FRHT — Vehicle Type: T
- Ticket/Arrest Number: LQ947793-0
- Violation Section(s): 1128A (VTL)

**Check if involved vehicle is (V1):** ☐ more than 95 inches wide; ☐ more than 34 feet long; ☐ operated with overweight permit; ☐ operated with overdimension permit

**Check if involved vehicle is (V2):** ☐ more than 95 inches wide; ☐ more than 34 feet long; ☐ operated with overweight permit; ☐ operated with overdimension permit

**VEHICLE 1 DAMAGE CODES**
- Box 1 - Point of Impact: 4
- Box 2 - Most Damage: 4
- More Damage Codes: 3, 5

**VEHICLE 2 DAMAGE CODES**
- Box 1 - Point of Impact: 11
- Box 2 - Most Damage: 11

Vehicle Towed: HYATT'S  To: HYATT'S

VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE  17. DEMOLISHED
15. TRAILER  18. NO DAMAGE
16. OVERTURNED  19. OTHER

Accident Diagram: Overtaking (2 circled)

Cost of repairs to any one vehicle will be more than $1000. ☒ Yes ☐ No

Reference Marker: 084I / TWYW / 0500

Place Where Accident Occurred:
- County: DUTC
- ☐ City ☐ Village ☒ Town of: EAST FISHKILL
- Road: I 84
- Intersecting street: —

**Accident Description/Officer's Notes:** VEH 1 WB 84 PL. VEH 2 WB I 84 DL. VEH 2 STARTED TO CHANGE LANES TO ALLOW MERGING VEH TO ENTER HIGHWAY. OP VEH 1 OBSERVED VEH 2 START TO ENTER HER LANE & APPLIED BRAKES & LOSING CONTROL + STRIKING TRAILER OF VEH 2. VEH 2 DRAGGED VEH 1 APPROX 200 FT.
TRAILER REG - (NE) - 119990    WITNESS: KRISTEN TICO - 845-692-6547

| Row | | | | | Age/Sex | | | | | Name | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | 27 F | | | 9444 | 1307 | BOISVERT, JESSICA K | |
| B | 1 | 3 | | 1 | 30 F | 6 | 12 6 | 9444 | 1307 | BEXL, STEWART E | |
| C | 2 | 1 | 4 | 1 | 32 M | — | — | — | — | DRUMMOND, PAUL A | |

K1454

Officer's Rank and Signature: TPR Frederick Healy
Print Name: FREDERICK G. HEALY
Badge/ID No.: 1349
NCIC No.: 11308
Precinct/Troop/Zone: 7/5/21
Station/Beat/Sector: EFIS
Reviewing Officer: [signature]
Date/Time Reviewed: 10/07/04 23:30

# New York State Department of Motor Vehicles
## TRUCK and BUS SUPPLEMENTAL POLICE ACCIDENT REPORT
MV-104S (2/98)

Page 1 of 1 Pages

Local Codes: MH04-2072 / SP EAST FISHKILL

Amended Report

**INSTRUCTIONS:** You must complete this form ONLY
- if at least one of the vehicles involved is
  - a truck with 6 or more tires; or
  - a vehicle with a Haz Mat placard; or
  - a bus designed to carry 16 or more persons
- AND at least one of the following conditions is met
  - a vehicle was towed from the scene due to damage (including providing intervening assistance)
  - at least one person sustained fatal injuries
  - at least one person was transported for IMMEDIATE medical treatment

**Number of Qualifying Vehicles Involved:**
- 1 Truck with 6 or more tires
- 0 A vehicle with a Haz Mat placard
- 0 Bus designed to carry 16 or more persons

**Number of Vehicles/Persons:**
- 1 Towed from scene due to damage
- 0 Sustaining fatal injuries
- 2 Transported for IMMEDIATE medical treatment
- 0 Provided intervening assistance

DMV USE ONLY

| DATE OF ACCIDENT | TIME OF ACCIDENT (Military) | COUNTY | CITY/TOWN/VILLAGE |
|---|---|---|---|
| MO. 09 DAY 29 YEAR 04 | 1140 | Dutchess | T/ EAST FISHKILL |

**DRIVER** License Number: 946296984

Name: DRUMMOND, PAUL A    Date of Birth: MO. 01 DAY 04 YR. 72 SEX M    MV-104A/AN VEH NUMBER: 2 (5)

**CARRIER'S NAME:** WERNER ENTERPRISES INC
SOURCE: 1 Vehicle side, 2 Shipping papers, 3 Driver, 4 Other, 5 Unknown, 6 Log Book — 1 (6)

STREET OR P.O. BOX: 14507 FRONTIER RD    CITY: OMAHA    STATE: NE    ZIP CODE: 68138    TOTAL AXLES (Includes trailers): 5 (7)

**CARRIER'S IDENTIFICATION NUMBERS**
US DOT: 53467    ICC MC: ____
PLATE NUMBER: 53725    STATE OF REG.: NE

**GROSS VEHICLE WEIGHT RATING**
Truck/Tractor ___ lbs.   Total All Trailer(s) ___ lbs.
**VEHICLE IDENTIFICATION NUMBER:** 1FWJBBCG72LB88421

**VEHICLE CONFIGURATION** — 6 (1)
- 0 4 tires With Haz Mat Placard
- 1 Bus
- 2 Single-unit truck: 2 axles, 6 tires
- 3 Single-unit truck: 3 or more axles
- 4 Truck/trailer
- 5 Tractor (no trailer)
- 6 Tractor/semi-trailer
- 7 Tractor/doubles
- 8 Tractor/triples
- 9 Unknown heavy truck

**TRAFFIC WAY** — 2 (8)
- 1 Not physically divided (2-way traffic)
- 2 Divided highway, median strip, without traffic barrier
- 3 Divided highway, median strip with traffic barrier
- 4 One-way traffic

**CARGO BODY TYPE** — 2 (2)
- 1 Bus
- 2 Van/enclosed box
- 3 Cargo tank
- 4 Flatbed
- 5 Dump
- 6 Concrete mixer
- 7 Auto Transporter
- 8 Garbage/Refuse
- 9 Other

**ACCESS CONTROL** — 2 (9)
- 1 No control (unlimited access)
- 2 Full control (only ramp entry and exit)
- 3 Other

**HAZARDOUS MATERIALS INVOLVEMENT** — 2 (3)
Does vehicle have Haz Mat placard?  1 Yes  2 No

COPY FROM PLACARD:
4-digit identification number from diamond/orange panel: ____
1 or 2-digit number from bottom of diamond: ____

NAME OF HAZ MAT CLASS: ____

WAS HAZARDOUS CARGO RELEASED FROM VEHICLE? (Do not count fuel from fuel tank)   1 Yes  2 No — 2 (4)

**SEQUENCE OF EVENTS (FOR THIS VEHICLE)**
NON-COLLISION:
- 01 Ran off road
- 02 Jackknife
- 03 Overturn/Rollover
- 04 Downhill runaway
- 05 Cargo loss or shift
- 06 Explosion or fire
- 07 Separation of units

COLLISION WITH:
- 08 Pedestrian
- 09 Motor vehicle in transport
- 10 Parked motor vehicle
- 11 Train
- 12 Pedalcycle
- 13 Animal
- 14 Fixed object
- 15 Other object*
- 16 Other* (non-collision)
- 17 In-Line Skater

(* Describe in Explanation Section)

1st: 09 (10)   2nd: — (11)   3rd: — (12)   4th: — (13)

**APPARENT DRIVER CONDITION** — 1 (14)
1 Appeared Normal   5 Fatigue
2 Had been drinking   6 Asleep
3 Illegal drug use   7 Medication
4 Sick   8 Unknown

EXPLANATION:

OFFICER'S RANK AND NAME: [signature]    BADGE NUMBER: 1349    DEPARTMENT: 11308    DATE OF REPORT: 09/29/04

# EXHIBIT "B"

Pgp Brenda Carter                         Pgp Spoke w/ pass Steve
39 Elizabeth                              Banner
Chester NY            IND                 877-357-7105
                      DOT                 Chester NY
SEP 30 2004 AM   TELEPHONE REPORT OF ACCIDENT/INCIDENT   SEP 29 2004 M.A.   BYL

WERNER FILE # 172822   DATE NOTIFIED 9/29/04   TIME 1324
REPORTED BY Driver   DISPATCH DELAY ____ DISPATCHER ____
TRACTOR # 34364   TRAILER ____   I/A YES/NO
ADJUSTER ASSIGNED Mark Ads.   PHONE ____
201-262-2171   Rodney Phillips   EMPLOYEE # 349632
DRIVER Paul Drummond   SS # 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

DRUG TEST REQUIRED  YES/NO   DRUG ____   ALCOHOL ____

DATE OF ACCIDENT 9/29/04   TIME 1030 (NY?) 0930   DAY Wed
LOCATION I-84 W.B.
CITY Hopewell Junction NY   STATE NY

ROAD CONDITION   1. Dry   2. Wet   3. Snow-Icy   4. Construction   5. Other ____
ROAD CHARACTER  1. Straight Level   2. Straight on Grade   3. Curve Level
                4. Curved on Grade   5. Hillcrest
ROADWAY TYPE    1. Interstate   2. Other Divided Highway   3. Two Lanes (1 each way)
                4. Three or More Undivided   5. Alley   6. Parking Lot

CO-DRIVER/PASSENGER N/A   ACCIDENT TYPE (34)

# OF VEHICLES INVOLVED 2   # OF PEOPLE INVOLVED 2   # OF INJURIES 1
INVESTIGATED BY NY State Police
OFFICER'S NAME Officer Healey   CASE # MH04-2072
CITATION TO 1 FOR Unsafe lane change
CITATION TO ___ FOR ____
NUMBER OF THRU LANES ____ (# of Lanes Traffic is flowing straight ahead)

WEATHER CONDITION  1. Dry   2. Rain   3. Snow-Sleet-Hail-Ice-Freezing Rain   4. Fog   5. Dust
ROAD SURFACE       1. Concrete   2. Asphalt   3. Dirt   4. Gravel
LIGHT CONDITION    1. Daylight   2. Dawn-Dusk   3. Dark Lighted   4. Dark Unlighted
MEDIAN TYPE        1. Divided   2. Undivided          SEATBELTS YES/NO

RESERVES:
                     PJ-700   3L-4008

FUEL SPILL   YES/NO   GALLONS SPILLED ____
DAMAGE TO TRACTOR ?

DAMAGE TO TRAILER ?

#1 TOWED: YES/NO   WRECKER SERVICE ____
WHERE ____
LOCATION & PHONE # OF DRIVER IF OTHER THAN TRUCK Dispatcher

DRIVER INJURY YES/NO

**WHAT HAPPENED**

Driver Sent Oral Message
After he had left accident scene
Driver indicated he was ticked
for unsafe lane change -
Denies serious injury or that
that had to be towed
Driver stated he put Blinker on - of The off
unclear if he did or did not change lanes

| TRIP I.D. _____ | CARGO _____ | DAMAGE YES/NO |

DIRECTION OF #1 _____ ON _____ SPEED _____
DIRECTON OF #2 _____ ON _____ SPEED _____

**VEHICLE #2 OR PROPERTY DAMAGE**
DRIVER'S NAME _____ AGE _____
ADDRESS _____
PHONE # _____ DRIVERS LICENSE # _____
OWNER  unknown _____ PHONE _____
ADDRESS _____
TYPE OF VEHICLE _____ YEAR/MAKE _____
LICENSE PLATE # _____ STATE _____
DAMAGE   Injured Arm
         Veh was towed

**TOWED YES/NO**

INSURANCE COMPANY _____
PASSENGERS YES / NO, NAME(S) _____
ADDRESS _____ PHONE _____
PASSENGERS YES / NO NAME(S) _____
ADDRESS _____ PHONE _____

**INJURIES**
1) NAME _____ PHONE _____
TYPE _____ TRANSPORTED BY _____
TAKEN TO _____
2) NAME _____ PHONE _____
TYPE _____ TRANSPORTED BY _____
TAKEN TO _____

**WITNESSES**
NAME _____ PHONE _____
ADDRESS _____ PHONE _____
NAME _____ PHONE _____
ADDRESS _____ PHONE _____

## Declaration of Service

I served the annexed RESPONSE TO INITIAL DISCLOSURE by first-class mail on the following persons on February 11, 2008:

Neil H. Greenberg, Esq. (NG 1307)
The Law Office of
Neil H. Greenberg and Associates, P.C.
900 Merchants Concourse
Westbury, New York 11590
516-228-5100
Attorneys for Plaintiff

Steven T. Roe, Esq. (SR7748)
HC1 Box 1A84
398 Heritage Lane
Lackawaxen, PA 18435
(570) 685-7874
Attorney for Defendants
Jessica K. Boisvert and
James P. Boisvert

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 11, 2008.

_____
JESSICA HAMBLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
STEPHANIE BEYL,

                                         Plaintiff,

        -against-

PAUL A. DRUMMOND, WERNER
ENTERPRISES, INC., JESSICA K. BOISVERT
and JAMES P. BOISVERT,

                                       Defendants.
------------------------------------------------------------------x

**Docket No.: 07 CV 5587**

**CIVIL ACTION**

**RESPONSE TO INITIAL DISCLOSURE**

LESTER SCHWAB KATZ & DWYER, LLP

ATTORNEYS FOR    Defendants
PAUL A. DRUMMOND AND WERNER
ENTERPRISES, INC.

120 BROADWAY
NEW YORK, N.Y. 10271-0071
(212) 964-6611
FAX: (212) 267-5916