UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
STEPHANIE BEYL,                                    Docket No. 07 CV 5587

     Plaintiff,                REVISED SCHEDULING
                                                   ORDER
-against-

PAUL A. DRUMMOND, WERNER
ENTERPRISES, INC., JESSICA K. BOISVERT,
and JAMES P. BOISVERT,

     Defendants.
----------------------------------------------------------X

  USDC SDNY
  DOCUMENT
  ELECTRONICALLY FILED
  DOC #: _____
  DATE FILED: _____

IT IS HEREBY ORDERED AS FOLLOWS:

1. The end date to complete disclosure in this matter is extended from March 12, 2008 to June 12, 2008.

2. The date to disclose expert reports is extended from May 13, 2008 to August 13, 2008.

3. The telephone conference currently scheduled for April 29, 2008 at 9:00 a.m. shall be held on July 29, 2008 at 9:00 a.m. The plaintiff's counsel shall initiate the telephone conference call.

Dated: White Plains, New York
   March 12, 2008

               _____
               George A. Yanthis
               United States Magistrate Judge