LSK&D #: 901-7005 / 1032645
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STEPHANIE BEYL,

                            Plaintiff,

      -against-

PAUL A. DRUMMOND, WERNER
ENTERPRISES, INC., JESSICA K. BOISVERT,
and JAMES P. BOISVERT,

                           Defendants.
------------------------------------------------------------x

Docket No.: 07 CV 5587

**CIVIL ACTION**

**REVISED SCHEDULING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

IT IS HEREBY ORDERED AS FOLLOWS:

    1.    The end date to complete the deposition of defendant, Paul Drummond is extended to July 21, 2008.

    2.    The date to disclose expert reports remains as August 13, 2008.

    3.    The telephone conference will remain scheduled for July 29, 2008 at 9:00 a.m. The plaintiff's counsel shall initiate the telephone conference call.

Dated:    New York, New York
               June 11, 2008
               13

_____
George A. Yanthis
United States Magistrate Judge