

# Neil H. Greenberg and Associates, P.C.

## MEMO ENDORSED

900 MERCHANTS CONCOURSE, SUITE 214, WESTBURY, NEW YORK 11590

NEIL H. GREENBERG
JUSTIN M. REILLY*

ROSA GUARINO-PARALEGAL

*ADMITTED IN N.Y. & C.T.

July 29, 2008

VIA: Facsimile transmission

United States Magistrate Judge
George A. Yanthis
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE: Beyl v. Drummond et al.
07 CV 5587 (KMK) (GAY)

Honorable Sir:

Please allow this to confirm that at the telephone conference in the above matter held this morning, the Court directed that a Settlement Conference be held on August 25, 2008 at 10:00 a.m. before Your Honor, that the time to disclose expert reports is extended to September 30, 2008, and that the date for the defendant, Paul A. Drummond, to appear for a deposition and any motions that may be made for his failure to appear shall be held in abeyance until further direction of the Court.

Thank you for your time and attention to this matter.

SO ORDERED: _____    Yours truly,
Hon. George A. Yanthis    8/1/08
United States Magistrate Judge.

Justin M. Reilly

cc:   Robert Dunn by facsimile transmission
      Steven T. Roe by facsimile transmission

PHONE: 516.228.5100    FAX: 516.228.5106    WWW.NHGLAW.COM